# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| Kevin L. Neff, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 12-4230-CV-C-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On September 18, 2013, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed February 7, 2013, [Doc. 10] and the *Brief For Defendant*, filed April 22, 2013, [Doc. 13]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the September 18, 2013 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                                   */s/ John T. Maughmer*
                                                     **JOHN T. MAUGHMER**
                                                     **U. S. MAGISTRATE JUDGE**